IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODNEY A. CHANEY,

    Petitioner,

v.                                                                                          1:14cv163-WS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed November 14, 2014.  See Doc. 7.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be DISMISSED as time-barred.  The petitioner has filed objections (doc. 14) to the magistrate judge's report and recommendation.

    Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted. The petitioner has not shown that his petition for writ of habeas corpus was timely-filed.[1] Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this __6th__ day of ___February___, 2015.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Attached to the petitioner's objections is a copy of the petitioner's reply to the magistrate judge's order to show cause dated September 8, 2014. The reply reflects that it was provided to prison officials for mailing on November 6, 2014. The reply does not appear on the docket, which suggests that it was not received by the court. In any case, the court has now reviewed the petitioner's reply to the show cause order and finds nothing in it to show why the petitioner's habeas corpus should not be dismissed as time-barred.